IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 19-29637 |
| Mark V Stanger and Denise M Terpinas ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Judge Carol A. Doyle |

## NOTICE OF MOTION

To:   Mark V Stanger and Denise M Terpinas, 651 Hapsfield Lane #101 Buffalo Grove, IL 60089 *notice via US Mail*

Tom Vaughn, Chapter 13 Trustee *notice via ECF delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago, IL 60604 *notice via ECF delivery system*

*See attached service list*

On **November 12, 2019** at 9:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge LaShonda A. Hunt or any other Bankruptcy Judge presiding at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604 and shall request that the DEBTORS MOTION TO VOLUNTARILY DISMISS CASE be entered, at which time you may appear if so desired.

*/s/ David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 5:00 p.m. on or before November 5, 2019.

*/s/ David H. Cutler*
David H. Cutler, ESQ

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-29637 |
| Mark V Stanger and Denise M Terpinas | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Carol A. Doyle |

DEBTORS MOTION TO VOLUNTARILY DISMISS CASE

NOW COME, the Chapter 13 Debtors, Mark V Stanger and Denise M Terpinas, by and through their attorneys, Cutler and Associates, Ltd., and respectfully request that this Court dismiss this Chapter 13 case, and in support thereof would show the Court as follows:

1. The Debtors filed a voluntary petition for relief under Chapter 13 on Ocotber 18, 2019.

2. The Debtors plan is not yet confirmed.

3. The Debtors have decided not to continue to proceed with the bankruptcy.

WHEREFORE, the Debtors pray that the Court enter an Order Dismissing the Case and for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED,

/s/ *David H. Cutler*
David H. Cutler, ESQ
Counsel for the Debtor(s)
Cutler and Associates, Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600

2